# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court of Appeal No. 21-50129 |
| Plaintiff and Appellee, | |
| | District Court No. 20-cr-2914-LAB |
| vs. | |
| | MOTION TO WITHDRAW AS COUNSEL |
| CYNTHIA LEON MONTOYA, | |
| Defendant and Appellant. | |

    Appellant, Cynthia Leon Montoya, by and through her counsel, Kent D. Young, respectfully moves this Court to allow attorney Kent D. Young to withdraw as counsel, pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 4-1(c). This motion is based on the attached declaration of counsel.

Dated: <u>January 30, 2023</u>                                        Respectfully submitted,

                                                                          <u>/s/Kent D. Young</u>
                                                                          Kent D. Young
                                                                          Attorney for Appellant
                                                                          Cynthia Leon Montoya

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | ) | Court of Appeal |
| --- | --- | --- |
| | ) | No. 21-50129 |
| Plaintiff and Appellee, | ) | |
| | ) | District Court No. |
| | ) | 20-cr-2914-LAB |
| vs. | ) | |
| | ) | MOTION TO |
| CYNTHIA LEON MONTOYA, | ) | WITHDRAW AS COUNSEL |
| | ) | |
| Defendant and Appellant. | ) | |
| | ) | |

I, Kent D. Young, do hereby certify and declare:

1. I am an attorney licensed to practice law in the State of California and in the United States Court of Appeals for the Ninth Circuit.

2. I was appointed pursuant to the Criminal Justice Act to represent Cynthia Leon Montoya ("Ms. Montoya"), on appeal.

3. On September 24, 2020, a two-count information was filed in the Southern District of California against Ms. Montoya. Count one alleged importation of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 952 & 960. Count two alleged importation of 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

4. On March 10, 2021, Ms. Montoya pled guilty to both counts of the information.

5. On May 17, 2021, the district court sentenced Ms. Montoya to one-hundred months' imprisonment, followed by five years of supervised release.

6. A timely notice of appeal was filed on May 27, 2021.

7. According to the Bureau of Prison's website, Ms. Montoya's projected release date is June 21, 2028.

8. A transcript designation and ordering form was filed on June 2, 2021.

9. The court reporter has completed preparation of the transcripts. The court reporter is not in default.

10. On August 28, 2021, I filed an opening brief on behalf of Ms. Montoya. The opening brief was fifty-five pages in length and raised five issues for appeal.

11. Ms. Montoya's case was argued and submitted to a panel of this Court on March 10, 2021.

12. On September 13, 2022 a three-judge panel of this Court issued a published opinion affirming Ms. Montoya's conviction and sentence.

13. I filed a petition for rehearing en banc on behalf of Ms. Montoya on September 26, 2022. On December 14, 2022, this Court issued an order granting Ms. Montoya's petition for rehearing en banc.

14. Ms. Montoya's case is currently calendared for oral argument the week of March 20, 2023.

15. My home is currently in active foreclosure proceedings and is scheduled to be sold.

16. In light of my current financial situation, it will be extremely difficult for me to continue to perform legal services on behalf of Ms. Montoya up to/after any disposition is issued on this case.

17. Due to the foregoing, I respectfully ask to be relieved as counsel of record in Ms. Montoya's case.

Dated: January 30, 2023       /s/Kent D. Young
                              Kent D. Young
                              Declarant