IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>CYNTHIA LEON MONTOYA,<br><br>Defendant-Appellant. | U.S.C.A. No. 21-50129<br>U.S.D.C. No. 20-cr-02914-LAB<br><br><br>**UNOPPOSED MOTION BY FEDERAL DEFENDERS OF SAN DIEGO, INC., TO PERMIT ORAL ARGUMENT BY COUNSEL FOR AMICUS CURIAE** |

  Federal Defenders of San Diego, Inc., amicus curiae, requests, pursuant to Fed. R. App. P. 29(a)(8), that the Court permit counsel for amici curiae to present in oral argument in Pasadena, during the week of March 20, 2023. Prior to moving to withdraw, counsel for Ms. Montoya stated he was willing to share time with counsel for amicus curiae. And counsel for the government has no objection to amicus curiae conducting the oral argument for Ms. Montoya.

                Respectfully submitted,

DATED: January 30, 2023

                *s/ Vincent J. Brunkow*
                VINCENT J. BRUNKOW
                Chief Appellate Attorney
                Federal Defenders of San Diego, Inc.
                225 Broadway, Suite 900
                San Diego, CA 92101
                (619) 234-8467/Fax: (619) 687-2666
                Attorney for Defendant-Appellant

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | U.S.C.A. No. 21-50129 |
|---|---|
| Plaintiff-Appellee, | U.S.D.C. No. 20-cr-02914-LAB |
| v. | |
| CYNTHIA LEON MONTOYA, | **DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO PERMIT ORAL ARGUMENT BY COUNSEL FOR AMICUS CURIAE** |
| Defendant-Appellant. | |

I, Vincent J. Brunkow, under penalty of perjury, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States Court of Appeals for the Ninth Circuit.

2. Federal Defenders of San Diego, Inc. (FDSDI) entered an appearance as amicus curiae before this Court and filed a brief on January 6, 2023. I am an employee of FDSDI, specifically the Chief Appellate Attorney, and in such capacity, I am counsel for amicus curiae.

3. The petition for rehearing for Ms. Montoya raised just one issue—whether a district court must orally pronounce discretionary "standard" conditions of supervised release at sentencing. FDSDI, and counsel for FDSDI, are exceptionally familiar with this issue. For several years FDSDI has argued the issue before this Court and has assisted CJA attorneys with presenting the issue. This

experience enabled amicus curiae to file a brief with arguments that supplement the parties' original and en banc briefing. Amicus curiae also believe the outcome of this case will significantly affect the right to be present at sentencing and the ability to challenge conditions of supervision in the district court and on appeal.

4. Because of the importance of the issue, amicus curiae's familiarity with the issue and the supplemental arguments made in our brief, counsel for amicus curiae respectfully suggest that participation in oral argument by counsel for amicus curiae will be of assistance to the Court. *See* Fed. R. App. P. 29(a)(8) (amicus curiae may participate in oral argument by leave of the Court).

5. Additionally, today counsel for Ms. Montoya has moved to be relieved as counsel of record because his current financial situation would make it difficult to continue to perform legal services on Ms. Montoya's case. *See* DktEntry 61. Allowing amicus curiae to conduct the oral argument for Ms. Montoya, would alleviate any concerns of appointing new counsel that may not be familiar with the issue. Amicus curiae can be prepared to conduct the full oral argument as currently scheduled if the Court grants amicus curiae's motion.

6. Prior to moving to withdraw, counsel for Ms. Montoya stated he was willing to share his allotted time with counsel for amicus curiae.

7. When first notified of counsel for Ms. Montoya's intent to file a motion to withdraw, counsel for the government stated that he had no objection to amicus curiae conducting the oral argument.

I so declare this 30th day of January 2023, in San Diego, California.

                                            *s/ Vincent J. Brunkow*
                                            VINCENT J. BRUNKOW
                                            Declarant