No. 21-50129

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

CYNTHIA LEON MONTOYA,

*Defendant-Appellant*.

———————————

On Appeal from the United States District Court for the
Southern District of California (Case No. 3:20-cr-2914)
The Honorable Larry A. Burns, U.S. District Judge, Presiding

———————————

**UNOPPOSED MOTION TO ISSUE MANDATE FORTHWITH**

———————————

Parker J. Cragg
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Phone: (713) 758-2136
Email: pcragg@velaw.com

Jeremy C. Marwell
James T. Dawson
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6507
Email: jmarwell@velaw.com
Email: jamesdawson@velaw.com

*Appointed Pro Bono Counsel for Defendant-Appellant Cynthia Leon Montoya*

# UNOPPOSED MOTION TO ISSUE MANDATE FORTHWITH

Pursuant to Federal Rules of Appellate Procedure 27 and 41(b), Defendant-Appellant Cynthia Leon Montoya respectfully requests that the Court issue its mandate in this case forthwith. The government is not opposed to the relief requested in this motion.

In support of this motion, Ms. Montoya states as follows:

1. On September 13, 2023, this Court issued its en banc opinion in this case. That opinion held that Ms. Montoya's "due process rights were violated when the district court failed to pronounce certain discretionary conditions of supervised release" during her sentencing hearing. ECF 77-1 at 4. As a remedy, the Court ordered a remand "for the limited purpose of reconsidering the supervised release conditions." *Id.* at 27. On October 27, 2023, Ms. Montoya filed a petition for panel rehearing or rehearing en banc with respect to the remedial portion of the opinion. ECF 80. This Court denied that motion on December 5, 2023. ECF 84.

2. On December 11, 2023, Ms. Montoya filed a motion asking this Court to stay its mandate pending the filing and disposition of a petition for a writ of certiorari in the United States Supreme Court. ECF 85. This Court granted that motion on December 13, 2023. The Court's Order asked the parties to "advise this court promptly upon the Supreme Court's decision" and further noted that, "[s]hould the Supreme Court deny certiorari, the mandate will issue immediately." ECF 86.

1

Ms. Montoya subsequently sought, and the Supreme Court granted, an extension of time in which to file a petition for writ of certiorari until April 3, 2024. *See Montoya v. United States*, No. 23A776 (Feb. 26, 2024) (order granting application).

3. Ms. Montoya has decided not to file a petition for a writ of certiorari.

4. Through this motion, Ms. Montoya respectfully requests that this Court issue its mandate in this case forthwith. *See* Fed. R. App. P. 41(b) (court of appeals "may shorten" time to issue mandate).

5. On November 1, 2023, Ms. Montoya filed with the District Court a motion to reduce her sentence pursuant to 18 U.S.C. § 3582(c). *See United States v. Montoya* (S.D. Cal. No. 20-cr-2914), ECF 82 (the "3582 Motion"). On December 15, 2023, the District Court stayed disposition of Ms. Montoya's 3582 Motion "pending issuance of the mandate by the court of appeals." Minute Order, *United States v. Montoya* (S.D. Cal. No. 20-cr-2914), ECF 91. Prompt issuance of the mandate would enable the District Court to proceed to resolve Ms. Montoya's pending 3582 Motion expeditiously, and could potentially result in modification of the custodial prison term that Ms. Montoya is currently serving. It is therefore in the interest of justice for the mandate to issue forthwith. *See United States v. Torres-Lopez*, 26 F. App'x 758 (9th Cir. 2002) ("[I]n the interests of justice, we order that the mandate shall issue forthwith."); *see also* 9th Cir. R. 41-1 (decisions regarding issuance of mandate should be made "[i]n the interest of minimizing unnecessary

delay in the administration of criminal justice"). Indeed, now that Ms. Montoya has elected not file a petition for a writ of certiorari, there is no remaining reason for this Court to continue to stay its mandate. *Cf.* Fed. R. App. P. 41(b) (mandate normally issues seven days after denial of rehearing, unless that time is extended by order).

6. The government does not oppose the relief requested in this motion.

**WHEREFORE**, Ms. Montoya respectfully moves this Court to issue the mandate in this appeal forthwith.

Date: March 13, 2024

Respectfully submitted,

*/s/ James T. Dawson*

James T. Dawson
Jeremy C. Marwell
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6507
Email: jmarwell@velaw.com
Email: jamesdawson@velaw.com

Parker J. Cragg
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Phone: (713) 758-2136
Email: pcragg@velaw.com

*Pro Bono Counsel for Defendant-Appellee Cynthia Leon Montoya*

**<u>Certificate of Service</u>**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure, I hereby certify that, on March 13, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system, and served copies of the foregoing via the Court's CM/ECF system on all ECF-registered counsel.

Dated: March 13, 2024  */s/ James T. Dawson*
James T. Dawson
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6588
Facsimile: (202) 879-8997
Email: jamesdawson@velaw.com

*Pro Bono Counsel for Defendant-Appellant Cynthia Leon Montoya*

<h1 style="text-align:center"><u>Certificate of Compliance</u></h1>

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 578 words, excluding the parts of the filing exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Office 365 in Times New Roman 14-point font.

Dated: March 13, 2024   */s/ James T. Dawson*
James T. Dawson
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6588
Facsimile: (202) 879-8997
Email: jamesdawson@velaw.com

*Pro Bono Counsel for Defendant-Appellant Cynthia Leon Montoya*